# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| PACSEC3, LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00914-ADA |
| | § | |
| NETSCOUT SYSTEMS, INC. | § | |

## ORDER SETTING MARKMAN HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MARKMAN HEARING** by Zoom on **Thursday, September 09, 2021 at 02:30 PM**.

IT IS SO ORDERED this 7th day of September, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE